UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RUDY LEMUS, et al.,

                Plaintiffs,

vs.

BURNHAM PAINTING AND DRYWALL CORPORATION, et al.,

                Defendants.

Case No. 2:06-cv-01158-RCJ-PAL

**ORDER**

At a hearing conducted June 5, 2007 on plaintiffs' Motion for Collective Action Class Certification (#40), the court orally announced the motion was granted in part and denied in part. The court required counsel for the parties to meet and confer in an effort to arrive at a mutually agreeable form of notice of pendency of collective action and submit any stipulation the parties agreed upon by June 15, 2007. In the event the parties were unable to agree on a proposed notice, counsel were ordered to submit their competing proposals no later than June 15, 2007. Counsel submitted a Stipulation and Order Regarding Proposed Notice of Pendency of Collective Action Lawsuit (#68) which memorialized the terms of the notice they had agreed upon which the court has now approved. Having reviewed and considered the parties' competing Proposals (##69, 70), the court Orders Notice of Pendency of Collective Action Lawsuit in the form set forth below:

**NOTICE OF PENDENCY OF COLLECTIVE ACTION LAWSUIT**

**TO:** All painters who were paid on a piece-rate basis and who performed services for Burnham Painting and Drywall Corp. between June 6, 2004 and the present, or

All painters who were paid on a piece-rate basis and who performed services for Centennial Drywall Systems, Inc. between June 6, 2004 and the present.

1  **RE:**     Fair Labor Standards Act of 1938, as amended, <u>29 U.S.C. section 201</u>, *et seq.*

2  *Introduction*

3      The U.S. District Court for the District of Nevada has ordered that this Notice be sent to you.
4  The purpose of this Notice is to: 1) inform you of the existence of a lawsuit in which you are potentially
5  "similarly situated" to the named Plaintiffs; 2) advise you of how your rights may be affected by this
6  lawsuit; and 3) instruct you on the procedure for participating in this lawsuit.

7      This Notice is <u>not</u> an expression by the Court of any opinion as to the merits of any claims or
8  defenses asserted by any party to this action.

9  *Description of the Lawsuit*

10     In September 2006, Rudy Lemus, Manuel Lopez Zarate, Arturo Carreno Garcia, Norma Uribe,
11 and Lino Calderon Mendoza (hereinafter referred to as "Plaintiffs") brought this lawsuit against
12 Burnham Painting and Drywall, Corp., Lule T. Burnham, Centennial Drywall Systems, Inc., and Pulte
13 Homes Corp. (hereinafter referred to as "Defendants") on behalf of themselves and certain other past
14 and present painters who were paid on a piece-rate basis and who performed services for Burnham
15 Painting and Drywall Corp. and/or Centennial Drywall Systems, Inc.  Specifically, Plaintiffs allege that
16 they are owed pay at one and one-half times their regular rate for all hours over forty (40) per week in
17 which they worked.  Plaintiffs also seek as liquidated damages an amount equal to their unpaid
18 compensation and attorneys' fees and costs.  Defendants deny any wrongdoing or liability and
19 vigorously contest all claims that have been asserted.

20 *Composition of the Class*

21     The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other workers
22 with whom they are similarly situated.  Specifically, Plaintiffs seek to sue on behalf of any and all
23 painters who:

24     1)    Performed services for Burnham Painting and Drywall Corp. or Centennial Drywall
25         Systems, Inc., between June 6, 2004 and the present; and

26     2)    Were paid on a piece-rate basis; and

27     3)    Did not receive all overtime pay (time and one-half) for any hours they worked over
28         forty (40) hours per week, or did not receive at least a minimum wage of $5.15 an hour.

*Your Right to Participate in the FLSA Portion of this Suit*

If you fit the definition above, you may join the FLSA portion of this suit by mailing the enclosed "Consent to Become Party Plaintiff" form to the Claims Administrator.  The form should be signed and dated and returned to the Claims Administrator in the enclosed envelope at the following address:

> Lemus et al v. Burnham Painting and Drywall Corp. et al
> c/o Desmond, Marcello & Amster
> P.O. Box 451999
> Los Angeles, CA 90045

The consent form must be sent to the Claims Administrator in sufficient time to have Plaintiffs' counsel file it with the Federal Court on or before **[THIS DATE IS TO BE INSERTED AT A LATER TIME.  HOWEVER, THE PARTIES HAVE AGREED THAT THIS DATE WILL BE 45 DAYS FROM THE DATE THE NAMES AND ADDRESSES OF POTENTIAL CLASS MEMBERS ARE DISCLOSED].**  Either the English or Spanish version of the consent form may be filed.  If you fail to return the consent form to the Claims Administrator in time for it to be filed with the Federal Court, you will not be able to participate in the FLSA portion of this lawsuit.

Please also complete the personal information sheet enclosed.  Neither the consent form nor the information on the personal sheet will be disclosed or used for any purposes outside of this lawsuit.  The information will be used to establish that you are similarly situated to the named Plaintiffs and ensure that Plaintiffs' counsel is able to communicate with you regarding the status of the case.

*Effect of Joining This Suit*

If you choose to join in the suit, you will be bound by the decision of the Court, whether it is favorable or unfavorable.

If you choose to join in the suit, you may be asked to: 1) appear for a deposition; 2) respond to written discovery; and/or 3) appear at a trial.

The attorneys for the named Plaintiffs and any Plaintiffs who choose to join this suit are being paid on a contingency fee basis, which means that if there is no recovery there will be no attorneys' fee.  If the Plaintiffs prevail in this litigation, the attorneys for the class will request that the Court either

/ / /

determine or approve the amount of attorneys' fee and costs they are entitled to receive for their services.

If you return the consent form attached to this Notice, you are agreeing to designate the class representatives as your agents to make decisions on your behalf concerning: 1) this lawsuit; 2) the method and manner of conducting this lawsuit; 3) the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs; and 4) all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any settlement with the Defendants, and any agreement concerning the reasonableness of any attorneys' fees and costs that are to be paid to the Plaintiffs' counsel.

*Legal Effect in Not Joining This Suit*

You do not have to join this lawsuit. If you do not want to participate in this lawsuit, then do nothing. If you do not choose to join in this suit, you will not be affected by any judgment, dismissal, or settlement rendered in this lawsuit, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit under the FLSA. If you choose to file your own lawsuit, you will be responsible for all costs, including counsel fees, associated with your lawsuit.

*No Retaliation Permitted*

The Fair Labor Standards Act applies to all employees, regardless of their immigration status. All similarly situated employees of Burnham Painting and Drywall Corp. and Centennial Drywall Systems, Inc. are entitled to participate in this lawsuit even if the employee's work status is undocumented. Federal Law prohibits the Defendants from discharging you or in any other manner discriminating against you because you have exercised your rights under the FLSA to seek compensation.

*Your Legal Representative If You Join*

If you choose to join this lawsuit and agree to be represented by the named Plaintiffs through their attorneys, your counsel in this action will be:

/ / /

/ / /

J. Felix De La Torre
Weinberg, Roger & Rosenfeld
520 J Street, Suite 520
Sacramento, CA 95814

*Further Information*

Further information about this Notice, the deadline for filing a "Consent to Become a Party Plaintiff" or questions concerning this lawsuit may be obtained by writing, phoning or e-mailing Plaintiffs' counsel, J. Felix De La Torre, at Weinberg, Roger & Rosenfeld at:

Phone: (916) 443-6600
Fax: (916) 442-0244
Email: fdelatorre@unioncounsel.net

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2007.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE