AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Rudy Lemus, et al.,

                   Plaintiffs,

    V.

Burnham Painting & Drywall Corp., et al.,

                   Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-cv-01158-RCJ-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Attorneys fees are AWARDED to Plaintiff in the amount of $100,000, and litigation expenses are AWARDED in the amount of $21,599.11.

|  |  |
|---|---|
| April 26, 2011 | /s/ Lance S. Wilson |
| Date | Clerk |
|  | /s/ Aaron Blazevich |
|  | (By) Deputy Clerk |